UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 05-CV-80372-DT

WESLEY DWIGHT WILLIAMS,

    Defendant.
                                            /

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS**

      Pending before the court is Defendant Wesley Dwight Williams's "Motion to Suppress Defendant's Statements," filed on August 10, 2005.  In his motion, Defendant argues that certain verbal incriminating statements should be suppressed based solely on the reasons that defense counsel "has not received any signed advice of rights form" in connection with Defendant's statements.  (Def.'s Mot. at ¶ 5.)  In response, the government has provided a copy of the "Advice of Rights" form signed by Defendant on December 20, 2004.  The "missing" form having been supplied, and no further basis having been stated in support of Defendant's motion, the motion has become moot.  Accordingly,

      IT IS ORDERED that Defendant's "Motion to Suppress Defendant's Statements" [Dkt. # 23] is DENIED.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  October 15, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2005, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522